UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM ALLEN VANDERSLICE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,[1]<br><br>Defendant. | CASE NO. 3:16-CV-05792-RSL-DWC<br><br>ORDER TO SHOW CAUSE |

Plaintiff William Allen Vanderslice, proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 405(g) on September 14, 2016. Dkt. 1. On December 6, 2016, Defendant filed an Answer to the Complaint. Dkt. 10. The Court issued a Scheduling Order ordering Plaintiff to file an opening brief by January 3, 2017. Dkt. 11. The Court issued an Amended Scheduling order on January 4, 2017, ordering Plaintiff to file an opening brief by February 2, 2017. Dkt. 12. Plaintiff has not filed an opening brief.

---

[1] Nancy Berryhill is substituted for her predecessor, Carolyn W. Colvin, as Acting Commissioner of Social Security. Fed. R. Civ. P. 25(d).

1  Accordingly, Plaintiff is ordered to file an opening brief by February 24, 2017. The
2  Scheduling Order will be amended by the Court upon receipt of an opening brief. If Plaintiff
3  does not file an opening brief by February 24, 2017, the undersigned will recommend the Court
4  dismiss this case for failure to prosecute.
5  Dated this 15th day of February, 2017.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2