UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM ALLEN VANDERSLICE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,.

    Defendant.

CASE NO. 3:16-CV-05792-RSL-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Complaint is **DISMISSED** without prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, and to Defendant's counsel of record.

Dated this 28th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1